BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SANDRA ANN JACKSON, ) | Civil No. 2:14-cv-00020-CKD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| ) | **FOR A FIRST EXTENSION OF TIME** |
| v. ) | **FOR DEFENDANT TO FILE HER** |
| ) | **MOTION FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a very heavy workload despite due diligence and because of a recent illness that necessitated missed time out of the office.

/////

/////

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Monday, August 25, 2014.

Respectfully submitted,

Date: *July 25, 2014*            SHELLIE LOTT, CERNEY KREUZE & LOTT

By:   */s/ Shellie Lott*
      SHELLIE LOTT
      * *By email authorization on July 24, 2014*
      Attorney for Plaintiff

Date: *July 25, 2014*            BENJAMIN B. WAGNER
                                 United States Attorney

By:   */s/ Jeffrey Chen*
      JEFFREY CHEN
      Special Assistant United States Attorney
      Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: July 29, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2