BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SANDRA ANN JACKSON, | Civil No. 2:14-cv-00020-CKD |
| Plaintiff, | **STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her motion for summary judgment.  Defendant apologizes for inadvertently erroneously calendaring the due dates in this case and respectfully requests this additional time because of a very heavy workload including two hearings in the month of August.

/////

/////

1

The new due date for Defendant's motion for summary judgment will be Wednesday, September 24, 2014.

Respectfully submitted,

Date: *August 25, 2014*   SHELLIE LOTT, CERNEY KREUZE & LOTT

By:   */s/ Shellie Lott**
SHELLIE LOTT
* *By email authorization on August 25, 2014*
Attorney for Plaintiff

Date: *August 25, 2014*   BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  August 29, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2