1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  JEFFREY CHEN, CSBN 260516
   Special Assistant United States Attorney
5      Social Security Administration
6      333 Market St., Suite 1500
       San Francisco, CA  94105
7      Telephone: (415) 977-8939
       Facsimile: (415) 744-0134
8      Email: Jeffrey.Chen@ssa.gov
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| SANDRA ANN JACKSON, | ) | Civil No. 2:14-cv-00020-CKD |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER FOR A THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | ) ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 14 days to file her motion for summary judgment.  Defendant respectfully requests this additional time for the Appeals Council to consider voluntary remand settlement in lieu of further litigation.

////

////

////

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Wednesday, October 8, 2014.

Respectfully submitted,

Date: *September 24, 2014*　　　　SHELLIE LOTT, CERNEY KREUZE & LOTT

　　　　　　　　　　　　By:　*/s/ Shellie Lott**
　　　　　　　　　　　　　　　SHELLIE LOTT
　　　　　　　　　　　　　　　*\* By email authorization on Sept. 24, 2014*
　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: *September 24, 2014*　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　By:　*/s/ Jeffrey Chen*
　　　　　　　　　　　　　　　JEFFREY CHEN
　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　Attorneys for Defendant

　　　　　　　　　　　　　　　<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  September 26, 2014

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2