1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  JEFFREY CHEN, CSBN 260516
   Special Assistant United States Attorney
5         Social Security Administration
6         333 Market St., Suite 1500
          San Francisco, CA  94105
7         Telephone: (415) 977-8939
          Facsimile: (415) 744-0134
8         Email: Jeffrey.Chen@ssa.gov
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| SANDRA ANN JACKSON, | ) | Civil No. 2:14-cv-00020-CKD |
|---|---|---|
| Plaintiff, | ) | **STIPULATION FOR VOLUNTARY REMAND PURUSANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the ALJ should reconsider Plaintiff's residual functional capacity, further evaluate her subjective complaints in accordance with Social Security Ruling 96-7p, and evaluate the third party statement from Plaintiff's husband in accordance with Social Security Ruling 06-3p.  In addition, the ALJ shall reconsider the vocational evidence, including obtaining vocational expert testimony if necessary, and issue a new administrative decision.

1

|   |   |
|---|---|
|   | Respectfully submitted, |
| Date: *October 8, 2014* | SHELLIE LOTT, CERNEY KREUZE & LOTT |
|   | By:  */s/ Shellie Lott\** |
|   | SHELLIE LOTT |
|   | *\* By email authorization on July 24, 2014* |
|   | Attorney for Plaintiff |
| Date: *October 8, 2014* | BENJAMIN B. WAGNER |
|   | United States Attorney |
|   | By:  */s/ Jeffrey Chen* |
|   | JEFFREY CHEN |
|   | Special Assistant United States Attorney |
|   | Attorneys for Defendant |

## ORDER

APPROVED AND SO ORDERED:

Dated: October 10, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2